IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD M. POUNDS,<br>       Plaintiff,<br>v.<br><br>AMERICAN KENDA RUBBER<br>INDUSTRIAL CO., LTD.,<br>ACCELL GROUP, N.V.,<br>ACCELL NORTH AMERICA, INC.,<br>CROSSLAKE SALES, INC.,<br>       Defendants. | CIVIL ACTION<br>FILE NO.: 1:18-CV-5092-JPB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff RONALD M. POUNDS and Defendants AMERICAN KENDA RUBBER INDUSTRIAL CO., LTD., ACCELL GROUP, N.V., ACCELL NORTH AMERICA, INC., CROSSLAKE SALES, INC., (collectively, the "Parties") hereby stipulate, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), 41(a)(1)(B), and 41(c) and Local Rule 41.1, all claims of all Parties shall be voluntarily dismissed with prejudice, with each party to bear his and its own legal fees and other costs.

1

This 14th day of September, 2020.[1]

> Hagen Rosskopf, LLC
> /s/Bruce A. Hagen
> Bruce A. Hagen
> Georgia State Bar No. 316678
> Zachary J. Nelson
> Georgia State Bar No. 425915
> Attorneys for Plaintiff
>
> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>
> /s/ Jeffrey W. Melcher
> Jeffrey W. Melcher
> Georgia State Bar No. 501180
> Frank I. Chao
> Georgia State Bar No. 949116
> Attorney for Kenda Rubber Industrial Co. Ltd., and American Kenda Rubber Industrial Co., Ltd.
> (w/ Express Permission by BAH)

3348 Peachtree Road NE
Suite 1400
Atlanta, Georgia 30326
(470)419-6650
(470)419-6651 – Fax
frank.chao@wilsonelser.com

> Hawkins, Parnell, Thackston & Young, LLP
>
> /s/ Warner S. Fox
> Warner S. Fox
> Georgia State Bar No. 272654
> Elliott C. Ream
> Georgia State Bar No. 528281

---

[1] Counsel certifies that this pleading is in Book Antiqua, 13 point.

                              Attorney for Accell North America, Inc.
                              (w/ Express Permission by BAH)

303 Peachtree Street, N.E., Ste 4000
Atlanta, GA 30308-3243
(404)614-7400
(404)614-7500 – facsimile
eream@hptylaw.com

                              McMickle, Kurey & Branch, LLP

                              <u>/s/ Kevin P. Branch</u>
                              Kevin P. Branch
                              Georgia State Bar No. 111839
                              Kenneth Marc Barre
                              Georgia State Bar No. 930966
                              Attorney for Crosslake Sales, Inc.
                              (w/ Express Permission by BAH)

217 Roswell Street, Suite 200
Alpharetta, GA 30009
(678) 824-7800
(678) 824-7801 – facsimile
kbarre@mkblawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

| | |
|---|---|
| Werner S. Fox, Esq.<br>Elliott C. Ream, Esq.<br>Hawkins, Parnell, Thackston &Young, LLP<br>303 Peachtree Street, N.E., Ste 4000<br>Atlanta, GA 30308-3243<br>Attorneys for Accell North America, Inc. | Kevin P. Branch, Esq.<br>Kenneth M. Barre, III<br>McMickle, Kurey & Branch, LLP<br>217 Roswell Street, Ste 200<br>Alpharetta, GA 30009<br>Attorneys for Crosslake Sales, Inc. |
| Jeffrey W. Melcher, Esq.<br>Frank I. Chao<br>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP<br>3348 Peachtree Road NE, Ste 1400<br>Atlanta, GA 30326<br>Attorneys for Kenda Rubber Industrial Co. Ltd. & American Kenda Rubber Industrial Co. Ltd. | |

This 14th day of September, 2020.

Hagen Rosskopf, LLC

/s/Zachary J. Nelson
Zachary J. Nelson
Georgia State Bar No. 425915
Attorney for the Plaintiff

119 North McDonough Street
Decatur, Georgia 30030
(404)522-7553
(404)522-7744 – fax
[Bruce@hagen-law.com](mailto:Bruce@hagen-law.com)
[Zach@hagen-law.com](mailto:Zach@hagen-law.com)